EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND QUIHUIZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.: C 03-2034 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFF RAYMOND QUIHUIZ** |

　　　　Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Raymond Quihuiz and Defendant Olin

Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an

Order dismissing with prejudice all claims asserted by Plaintiff Raymond Quihuiz as to

2060754.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Raymond Quihuiz - 1**

1  defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to
2  date in this action.
3  Dated: 8/4/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
   RICHARD D ALEXANDER, Cal. Bar #48432
   JEFFREY W/ RICKARD, Cal. Bar #125180
   RYAN M. HAGAN, Cal Bar #200850
   152 North Third Street, Suite 600
   San Jose, CA 95112
   Telephone: (408) 289-1776
   Facsimile: (408) 287-1776

Attorneys for Plaintiff Raymond Quihuiz

HUSCH & EPPENBERGER, LLC

By:  /s/ Carol A. Rutter
   THOMAS M. CARNEY, admitted *pro hac vice*
   CAROL A. RUTTER, admitted *pro hac vice*
   190 Carondelet Plaza, Suite 600
   St. Louis, MO 63105-3441
   Telephone: (314) 480-1500
   Facsimile: (314) 480-1505

   RANDALL C. CREECH, Cal. Bar #65542
   CREECH, LIEBOW & KRAUS
   333 West San Carlos Street
   Suite 1600
   San Jose, CA 95110
   Telephone: (408) 993-9911
   Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND QUIHUIZ,<br><br>Plaintiff,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-2034 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFF RAYMOND QUIHUIZ** |

THIS MATTER coming on the motion of Plaintiff Raymond Quihuiz and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiff Raymond Quihuiz's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005            *Ronald M. Whyte*

2060754.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Raymond Quihuiz - 3**